UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23889-BLOOM

SCOTTY SANTOS DIAZ,

    Plaintiff,

v.

SGT. INEZ MARTIN,
WARDEN JOSE COLON,
DR. FRANCK PAPILLON,

    Defendants.
    _____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT INEZ MARTIN

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice as to Defendant Inez Martin, ECF No. [152] ("Stipulation"), filed on February 8, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [152]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant Inez Martin; and

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 8, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 20-cv-23889-BLOOM

Copies to:

Counsel of Record