**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

SCOTTY SANTOS DIAZ,

      Plaintiff,

vs.

SGT. INEZ MARTIN, TARAMA MOISE,
SAMANTHA MOONSAMMY,
KIMBERLY MERCEDES,

      Defendants.

Case No.: 1:20-cv-23889-BB

## CENTURION DEFENDANTS' JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Tarama Moise, Samantha Moonsammy, and Kimberly Mercedes (collectively the "Centurion Defendants"), file this Joint Statement of Material Facts in support of the Centurion Defendants' Motion for Summary Judgment.

### I.  Treatment and care following exposure to pepper spray.

1.  Pepper spray is a short-term irritant that causes significant ocular irritation. William B. Trattler, M.D. Deposition at 31:12-14; 32:22-25, attached as **Exhibit A**. When pepper spray is exposed to the face, it causes short-term significant discomfort, redness of the face, tearing of the eyes, and difficulty breathing. *Id.* at 32:5-9. Pepper spray gradually dissipates and patients recover afterwards. *Id.* at 32:24-25; 42:22-43:4.

2.  A shower is a form of eye irrigation because it washes off any substance from the person's body and eyes. *Id.* at 44:11-16. Taking a shower is an appropriate method to wash the pepper spray off the entire body so that the person exposed to pepper spray does not re-expose

themself or have continued symptoms from re-exposure, if they, for example touch their skin and touch their eyes again. *Id*. at 103:13-23.

3.      Individuals with chronic eye conditions, like glaucoma, do not need to see an eye specialist after exposure to a chemical agent. *Id*. at 53:19-23.

4.      Exposure to pepper spray does not cause long-term damage to the eye. *Id*. at 108:20-21.

5.      Mr. Diaz's reports of pain after his exposure to pepper spray are consistent with the product's labeling. ECF No. 156-3 (Richard Parrish, II, M.D. Deposition) at 52:22-25; 89:4-6.

6.      It would be expected for someone exposed to chemical agents to experience pain and redness in their eyes after 15 minutes of water decontamination. *Id.* at 130:9-14; Tarama Moise, R.N. Deposition at 27:15-24, attached hereto as **Exhibit B**.

7.      There is no objective evidence that Mr. Diaz experienced an unusual amount of pain after the use-of-force event. ECF No. 156-3 (Parrish Dep.) at 131:9-13.

8.      Mr. Diaz's reports of eye pain and discomfort three days after the use of force incident is consistent with exposure to pepper spray. *Id.* at 50:14-17.

9.      Mr. Diaz did not suffer any permanent eye damage as a result of the exposure to pepper spray. *Id.* at 161:4-7.

**II.      Mr. Diaz's care and treatment on May 1, 2020.**

10.     Mr. Diaz is presently housed at Dade Correctional Institution ("Dade C.I.") ECF No. 68 (Second Am. Compl.) at ¶¶ 1, 14; ECF No. 98 (Pl.'s Resp. to Def.'s Statement of Material Facts) at ¶ 1.

11.     On May 1, 2020, Mr. Diaz was involved in a use-of-force incidence at Dade C.I. involving Sgt. Inez Martin. ECF No. 98 (Pl.'s Resp. to Def.'s Statement of Material Facts) at ¶ 2.

Mr. Diaz was found guilty of disobeying an order by a disciplinary hearing team and was punished with 27 days of disciplinary confinement. ECF No. 98 (Pl.'s Resp. to Def.'s Statement of Material Facts) at ¶ 3.

12.     The use-of-force incident occurred while Mr. Diaz was walking to breakfast at approximately 8:30 a.m.. ECF No. 95 (Declaration of Scotty Diaz) at ¶ 5; ECF No. 29-2 (Report of Force Used) at 20.

13.     Prior to 8:40 a.m., Mr. Diaz was placed in a decontamination shower. May 1, 2020 Video Recording attached hereto as **Exhibit C**. The bottom half of the shower is covered by a privacy screen. *Id.* Mr. Diaz's head can be observed above the privacy screen at various times during the recording. *Id.* For example, Mr. Diaz's head is observable above the privacy screen at approximately the 40 second mark of the video recording. *Id.*

14.     Approximately seven minutes into the decontamination shower, Mr. Diaz's clothes are brought to him by a security officer. *Id.* Mr. Diaz can then be seen standing in the shower and bringing his hands to his face. *Id.* Approximately ten minutes into the shower, Mr. Diaz is provided a washcloth by a security officer. *Id.* Mr. Diaz can be observed dressing himself in clean clothes without assistance. *Id.*

15.     Mr. Diaz was escorted from the decontamination shower by security officers to a medical room after an approximately 15-minute decontamination shower. *Id.*

16.     After use of force events, inmates are brought to medical to be evaluated and determine if additional care is needed. Silvano Altamirano, P.A., Deposition at 19:6-13, attached hereto as **Exhibit D**; Ex. B (Moise Dep.) at 26:5-13.

17.     Registered nurse, Tarama Moise, conducted a post use of force medical examination of Mr. Diaz. *Id.*; ECF No. 156-1 (Medical Record excerpt) at 1-2; Ex. B (Moise Dep.)

at 21:7-9. Nurse Moise assessed Mr. Diaz for any injuries, redness, or bruising, took his vital signs, and assessed for any irregularities or abnormalities. Ex. B. (Moise Dep.) at 26:5-13; ECF No. 156-1 (Medical Record excerpt) at 1-2. Nurse Moise documented Mr. Diaz's vital signs, that Mr. Diaz was alert and oriented to person, place, time, and situation, and could respond to questions verbally. *Id*. Nurse Moise documented Mr. Diaz's eyes were pink and red. *Id.*; Ex. B (Moise Dep.) at 28:21-23.

18.     Nurse Moise did not have access to any equipment to rinse Mr. Diaz's eyes during her examination of him. *Id.* at 28:8-9.

19.     Nurse Moise was not aware of Mr. Diaz's glaucoma and vision conditions at the time she conducted his post-use-of-force examination. *Id.* at 21:4-6.

20.     Nurse Moise's last day of employment at Dade C.I. was May 2, 2020. *Id.* at 31:25-32:2.

21.      At approximately 9:02 a.m., Mr. Diaz was escorted to a cell. Ex. C (Video Recording).

### III.     Mr. Diaz's medical care and treatment following the use-of-force event from June – August 2020.

22.     A sick call request can be submitted by inmates suffering some subjective complaint for which he seeks medical care. ECF No. 156-3 (Parrish Dep.) at 16:22-17:1. Inmates can submit sick call requests by placing it into the sick call box or by handing it to a nurse. Samantha Moonsammy Deposition at 24:16-25, attached hereto as **Exhibit E**.

23.     Sick call requests are triaged by registered nurses. *Id.* at 19:24-25. A registered nurse reviews each submitted sick call and prioritizes them as either "routine," "urgent," or "emergent" based on the information provided by the inmate in the sick call request. *Id.* at 19:24-20:6; 26:3-8.

24.    LPNs are unable to triage sick call requests. *Id.* at 19:24-25; 33:22-23.

25.    LPN nurses evaluate inmates at sick call clinic in response to sick call requests and then can refer them to providers (like physicians or physician's assistants) according to the patient's needs. Ex. D (Altamirano Dep.) at 13:11-16; Kimberly Mercedes Deposition at 11:3-11; 12:1-5, attached hereto as **Exhibit F**.

26.    Mr. Diaz submitted a sick call request dated May 2, 2020 in which he reported pain and discomfort from being pepper sprayed on May 1, 2020. ECF No 156-1 (Medical Record excerpts) at 4. Mr. Diaz also stated he had not received his Coopt eye drops or Xalatan. *Id.*

27.    Mr. Diaz was seen by A. Kennedy, LPN, on May 6, 2020 in sick call clinic. *Id.* at 5. Nurse Kennedy documented in Mr. Diaz's medical record that she observed no redness or irritation in either eye. *Id.* Nurse Kennedy documented that she gave Mr. Diaz Ibuprofen 400 mg for pain and refilled his order for eye drops. *Id.*; Scotty Santos Diaz Deposition at pp. 27-30, attached hereto as **Exhibit G**.

28.    Mr. Diaz testified that he handed a sick call request to Nurse Moonsammy, LPN on May 14, 2020. *Id.* at 31:11-14; ECF No. 95 (Diaz Dec.) at ¶ 23. Mr. Diaz testified that Nurse Moonsammy told him she would immediately take the sick call request to the sick call nurse. *Id.* at 31:19-20; 51:24-52:9; ECF No. 95 (Diaz Dec.) at ¶ 23.

29.    Mr. Diaz admits that Nurse Moonsammy could not enter his cell or offer him treatment at the time he testified she collected the sick call request. *Id.* at 58:9-11.

30.    No sick call request dated May 14, 2020 has been produced in this lawsuit.

31.    Nurse Moonsammy testified she had no memory of collecting a sick call request from Mr. Diaz in May 2020.  Ex. E (Moonsammy Dep.) at 35:20-22.

32.     Nurse Moonsammy testified she collected one sick call request from Mr. Diaz while he was housed in confinement and while she was an LPN, on an unknown date. *Id.* at 33:13-16. Nurse Moonsammy took the request to the sick call nurse. *Id.* Nurse Moonsammy was unable to triage the sick call request when she collected it from Mr. Diaz. *Id.* at 33:22-23.

33.     Mr. Diaz submitted an inmate sick call request dated May 27, 2020 in which he stated he was experiencing eye pain and discharge. ECF No. 156-1 (Medical Record excerpts) at 6. Mr. Diaz also stated he was experience pain in his groin and testicles. *Id.* Mr. Diaz requested to be seen by a doctor. *Id.*

34.     Kimberly Mercedes is a licensed practical nurse. Ex. F (Mercedes Dep.) at 7:10-15.

35.     Mr. Diaz was seen in sick call clinic by Kimberly Mercedes, LPN, on June 4, 2020. ECF No. 156-1 (Medical Record excerpts) at 9; Mercedes Dep. at 35:15-16. Nurse Mercedes documented that Mr. Diaz's right eye was "slightly reddened and irritated" and "watery at th[at] time." *Id.*; Mercedes Dep. at 40:9-13. Nurse Mercedes noted no inflammation, purulent drainage, or crust in Mr. Diaz's eye. *Id.* Nurse Mercedes performed a Snellen eye examination on Mr. Diaz. *Id.* Nurse Mercedes referred Mr. Diaz to see clinician the same day for further evaluation regarding Mr. Diaz's eye pain and discomfort. *Id.*; Mercedes Dep. at 40:8-16.

36.     The medical care provided by Nurse Mercedes to Mr. Diaz on June 4, 2020 satisfied the minimum standard of care. ECF No. 156-3 (Parrish Dep.) at 151:17-152:5.

37.     P.A. Altamirano treated Mr. Diaz on June 4, 2020 following a referral from Nurse Mercedes. Ex. D (Altamirano Dep.) at 17:15-24; Ex. F (Mercedes Dep.) at 40:8-9; ECF No. 156-3 (Parrish Dep.) at 14:25.

38.     On June 4, 2020, P.A. Altamirano diagnosed Mr. Diaz with a urinary tract infection for which he prescribed Cipro. Ex. D (Altamirano Dep.) at 14:12-13; ECF No. 156-1 (Medical Record excerpt) at 9. P.A. Altamirano observed that Mr. Diaz's eye was "a little red" and did not "have any secretions." *Id.* at 14:10-12; ECF No. 156-1 (Medical Record excerpt) at 9. P.A. Altamirano prescribed Erythromycin for the eye redness to prevent infection. *Id.* at 14:13-17; 20:1-2; 22:10-12; 23:22-24:8; ECF No. 156-1 (Medical Record excerpt) at 9. P.A. Altamirano also gave Mr. Diaz Excedrin in response to Mr. Diaz's reports of a headache. *Id.* at 18-20; ECF No. 156-1 (Medical Record excerpt) at 9. P.A. Altamirano referred Mr. Diaz to an optometrist for his glaucoma. *Id.* at 20-21; ECF No. 156-1 (Medical Record excerpt) at 10. Mr. Diaz did not present to P.A. Altamirano on June 4, 2020 with any traumatic injury and no eye inflammation. *Id.* at 19:24-20:2.

39.     Non-eye doctors may often prescribe a patient on prophylactic antibiotics because the patient may possibly have an infection, even if the medication may be unnecessary. Ex. A (Trattler Dep.) at 67:8-12.

40.     Mr. Diaz submitted a sick call request dated June 17, 2020 in which he stated his condition had not changed and he was still experiencing pain in is lower groin, abdomen, and kidneys. ECF No. 156-1 (Medical Record excerpts) at 20. Mr. Diaz also stated in the request that his eyes were in pain and still infected. *Id.*

41.     Mr. Diaz's June 17, 2020 sick call request was triaged as "urgent". ECF No. 156-1 (Medical Record excerpts) at 12.

42.     Mr. Diaz was seen by Nurse Mercedes on June 23, 2020 in sick call clinic. Ex. F (Mercedes Dep.) at 43:24-44:1. Nurse Mercedes evaluated Mr. Diaz and completed a urinary symptoms protocol and a neurological changes / deficits protocol. ECF No. 156-1 (Medical Record

excerpts) at 13-16. Nurse Mercedes documented that Mr. Diaz had excessive tearing in his right eye, no symptoms of infection, eye non-reddened, no crust, and no purulent drainage noted. *Id.* at 13; Ex. F (Mercedes Dep.) at 46:14-19. Nurse Mercedes referred Mr. Diaz to a clinician for further evaluation. *Id.*; Ex. F (Mercedes Dep.) at 47:23-25.

43.     Mr. Diaz submitted a sick call request dated July 3, 2020. ECF No. 156-1 (Medical Record excerpts) at 18. Mr. Diaz reported experiencing severe abdominal pain and eye pain due to elevated IOP levels, which were causing him migraines. *Id.*

44.     Mr. Diaz's exposure to pepper spray had no bearing on the intraocular pressure of his eyes. ECF No. 156-3 (Parrish Dep.) at 157:2-6; 157:7-14.

45.     There is no causal relationship between any headache suffered by Mr. Diaz and his exposure to pepper spray. *Id.* at 156:21-157:1.

46.     Elevated intraocular pressure and migraines are consistent with Mr. Diaz's glaucoma condition in his right eye. *Id.* at 157:15-17.

47.     Mr. Diaz's July 3, 2020 sick call request was triaged as "urgent" on July 5, 2020. *Id.*

48.     Mr. Diaz was seen by Nurse Mercedes on July 6, 2020 at sick call clinic. ECF No. 156-1 (Medical Record excerpts) at 19-22. Nurse Mercedes completed an abdominal pain protocol and a neurological changes / deficits protocol on July 6, 2020. *Id.* at 19-22; Ex. F (Mercedes Dep.) 49:3-8. Nurse Mercedes documented Mr. Diaz's chief complaint on the neurological changes / deficit protocol was "no more eye drops, draining." *Id.* at 21. Nurse Mercedes documented Mr. Diaz's right eye had no drainage, no symptoms of infection, no redness, and no inflammation. *Id.* Nurse Mercedes documented that she submitted a request for a renewal of his eye drops to the

pharmacy. *Id.* Nurse Mercedes referred Mr. Diaz to a clinician regarding his right eye complaint. *Id.* at 22; Ex. F (Mercedes Dep.) at 49:24-50:19.

49.     Mr. Diaz was scheduled to be seen by P.A. Altamirano on July 14, 2020. ECF No. 156-1 (Medical Record excerpt) at 23. Mr. Diaz's medical records document that Mr. Diaz did not show up for that visit. *Id.*; Ex. D (Altamirano Dep.) at 25:2-6.

50.     On July 16, 2020, Mr. Diaz was seen by P.A. Altamirano for complaints of abdominal pain, difficulty urinating, and coughing with a light phlegm. Ex. D (Altamirano Dep.) at 25:18-25; ECF No. 156-1 (Medical Record excerpt) at 24. Mr. Diaz also requested the results of an ultrasound, but the results were not yet in his medical chart. *Id.* at 26:1-3. P.A. Altamirano gave Mr. Diaz a follow-up appointment to receive those results. *Id.* at 26:4-6.

51.     Mr. Diaz submitted a sick call request dated July 22, 2020 in which he stated he needed antifungal cream, foot power, and cough syrup. ECF No. 98 (Pl.'s Resp. to Def.'s Statement of Material Facts) at ¶ 16; ECF No. 156-1 (Medical Record excerpt) at 25.

52.     Mr. Diaz was seen in sick call clinic by Nurse Mercedes on July 24, 2020. ECF No. 156-1 (Medical Record excerpt) at 26-28. Nurse Mercedes documented Mr. Diaz's chief complaints as "runny nose, cough." *Id.* at 27. Nurse Mercedes referred Mr. Diaz to a provider for additional evaluation. *Id.* at 28.

53.     Mr. Diaz was seen by P.A. Altamirano on July 28, 2020. ECF No. 156-1 (Medical Record excerpts) at 29; Ex. D (Altamirano Dep.) at 27:2-3. P.A. Altamirano told Mr. Diaz that his optometrist appointment was pending, but that the optometrist was not coming to the facility at that time because of the pandemic. Ex. D (Altamirano Dep.) at 27:12-16.

54.     Mr. Diaz was taken to the Bascom Palmer Eye Institute on August 5, 2020. ECF No. 156-1 (Medical Record excerpt) at 30-36.

55.    Mr. Diaz returned to Dade C.I. from an outside trip on August 5, 2020. *Id.* at 37.
Mr. Diaz's medical records reflect Mr. Diaz voiced no complaints, no pain, and showed no signs
of distress. Mr. Diaz's vital signs were taken and he was released back to his dorm. ECF No. 156-
1 (Medical Record excerpts) at 37.

56.    Mr. Diaz underwent eye surgery on August 20, 2020. ECF No. 98 (Pl.'s Resp. to
Def.'s Statement of Material Facts) at ¶ 12.

57.    Mr. Diaz did not suffer any long-term or permanent damage caused by his exposure
to pepper spray in a use of force incident on May 1, 2020. Ex. A (Trattler Dep.) at 108:21-109:2;
ECF No. 156-3 (Parrish Dep.) at 161:4-13.

58.    Currently, Mr. Diaz is also prosecuting a separate lawsuit against Centurion of
Florida LLC, Dr. Jorge Delgado, Dr. Franck Papillon, Ligia Re Molina, and Oscar Lafont in the
United States District Court for the Southern District of Florida for claims of deliberate
indifference. Case No. 1:19-cv-24067-UU; ECF No. 98 (Pl.'s Resp. to Def.'s Statement of
Material Facts) at ¶ 7.

Respectfully submitted:

*s/ Brian A. Wahl*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203
Telephone: (205) 521-8000 | Fax: (205) 521-8800
Primary Email:    bwahl@bradley.com
Secondary Email:  tramsay@bradley.com

Jacob Hanson (FBN 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946
Primary Email:    jhanson@bradley.com
Secondary Email:  tabennett@bradley.com

Secondary Email:  tbush@bradley.com
Secondary Email:  sdhayes@bradley.com

Erin D. Saltaformaggio (MS Bar No. 103999)
***Admitted Pro Hac Vice***
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Fax: (601) 948-3000
Primary Email: esaltaformaggio@bradley.com

***Counsel for Defendants, Tarama Moise,
Samantha Moonsammy and Kimberley Mercedes***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record, as follows:

**Theodore Benson Randles**
**Victoria L. Glover**
**David L. Feinberg (pro hac)**
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Email: trandles@venable.com
Email: vlglover@venable.com
Email: DLFeinberg@venable.com
*Attorneys for Plaintiff*

/s/ *Brian A. Wahl*
Brian A. Wahl
***Counsel for Defendants, Tarama Moise,
Samantha Moonsammy and Kimberley
Mercedes***

4894-0209-3842.1